**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**JAN 19 2006**

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

CASE NO. _____

I.   Parties

5:06 W00011 JLH/4

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: _Conray Carroll_
     ADC # _110901_

     Address: _(ADOC) Cummins unit - P.O. Box 500 - Grady, AR 71644_

     Name of plaintiff: _____
     ADC # _____

     Address: _____

     Name of plaintiff: _____          This case assigned to District Judge _Holmes_
     ADC # _____                        and to Magistrate Judge _Young_

     Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: _Mr. John BIAS_

     Position: _Chief Director for (CMS)_

     Place of employment: _Correctional medical service (CMS)_

     Address: _Ark. Dept. of Correction - P.O. Box 8707 pine Bluff, AR 71611_

     Name of defendant: _Mr. Max J. Mobley_

     Position: _Deputy Director for (cms)_

     Place of employment: _Correctional medical service (CMS)_

Address: *Ark. Dept. of Correction - P.O. Box 8707 pine Bluff, AR 71611*

Name of defendant: *Mr. Rory Griffin*

Position: *Infirmary administrator for correctional med. service*

Place of employment: *Cummins unit - Ark. Dept. of Correction*

Address: *P.O. Box 500 - Grady, AR 71644-0500*

Name of defendant: *Dr. Waseen Shah, Dr. James Swingle, Dr. Scott Boone*

Position: *medical Doctors for Arkansas Correctional medical service*

Place of employment: *Cummins unit - Ark. Dept. of Correction*

Address: *P.O. Box 500 Grady, AR 71644-0500*

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☒   both official and personal capacity

III.   Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same   facts involved in this action?

Yes ___   No **X**

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____ *N/A* _____

Defendants: _____ *N/A* _____

2

☐     Court (if federal court, name the district; if state court, name the county): _____ N/A _____

☐     Docket Number: _____ N/A _____

☐     Name of judge to whom case was assigned: ___ N/A ___

☐     Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____ N/A _____

☐     Approximate date of filing lawsuit: ___ N/A ___

☐     Approximate date of disposition: ___ N/A ___

IV.   Place of present confinement: _Cummins Unit - Ark. Dept. of Correction_

_P.O. Box 500 - Grady, AR 71644-1500_

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

___X___ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

     Yes _✗_   No ___

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes  X  No ___

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is
involved. Include also the names of other persons involved, dates, and places. Do not give
any legal arguments or cite any cases or statutes. If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph. (Use as much space as you
need. Attach extra sheets if necessary.)

Comes now, the above plaintiff herein, moves this honorable U.S.DISTRICT
COURT for permission to proceed in the above style cause of action and for

grounds will states as following, and that this court has jurisdiction over

the subject matter. The plaintiff and defendant(S) resident(S) are in the

state of arkansas under this U.S. DISTRICT COURT.

(1).

On August 22nd 2005 plaintiff had to have surgery perform on his right

ear to have eardrum replace with new eardrum. also on December 5th 2005

plaintiff had to have surgery perform on left ear as well to have eardrum

replace with  new eardrum. These surgery(S) was perform at the (U.A.M.S.)

univerty of arkansas for medical service in Little Rock, arkansas by Dr.

Christopher Danner. SEE EXHIBIT (D) ATTACH...

Nevertheless, the operation(S) was imperative to the plaintiff to prevent

a permanent hearing lost, and was ignored and/or disreguarded by the above

defendant (S) from 5/26/04 until 1/3/05... SEE EXHIBIT (C) PAGE (2).

CONTINUE ON NEXT PAGE....

4

## 2.

On may 26th, 2004, Plaintiff was seen by Dr. Scott Boone, concerning an ear infection. Dr. Boone then prescribed the Plaintiff some medicine for the infection. However, Plaintiff "did not" receive the prescription medication until (23) twenty-three days later. See: Exhibit (A) page (2) in grievance and appeal No. CU04-0805 which was filed by the Plaintiff on June 9th, 2004.

## 3.

On July 21, 2004, Plaintiff was seen by Dr. Waseen Shah, here at the Cummins Unit Infirmary (ADC) Arkansas Department of Correction; upon doing an physical examination on the Plaintiffs' health; Dr. Shah had discovered that the Plaintiff still had an infection in his right ear even after seeing Dr. Boone on May 26th, 2004. Plaintiff then asked Dr. Shah could he help him (Plaintiff) to get surgery on his right ear? Dr. Shah then stated to the Plaintiff that "it is too late to do anything, because of the damaged ear".

## 4.

Plaintiff then filed another complaint on July 27th, 2004 in the Grievance No. CU04-0980 about the statement that Dr. Shah made in paragraph (3) above. In this grievance, Plaintiff stated that he needed to be transferred to an medical expert outside of the Cummins Unit immediately so that his eardrums can be repaired. BUT TO NO AVAIL, Plaintiff grievance and appeal was unsuccessful. Mr. Max Mobley states he did not receive the Plaintiffs' appeal in the grievance and appeal No. CU04-0805. See Exhibit (B) page (2) and (3). Although, the face of the document in Exhibit (A) will show that the defendant Mr. Max Mobley had falsified state documents by committing fraud.

## 5.

On October 12th, 2004 Plaintiff was also seen by Dr. James Swingle. Dr. Swingle then stated to the Plaintiff "young man, both of your eardrums has gone bad." Dr. Swingle then prescribed an antibiotic for the Plaintiff. No appointment was made for the Plaintiff to see a ear, nose and throat specialist, Plaintiff did file an complaint requesting to be seen by an medical expert for his ears and the pains that he/Plaintiff was having. Please see: Exhibit (C) page (2) and (3) in the grievance and appeal No. CU04-1314. But to no avail! Grievance was unsuccessful.

**6.**

On November 17th, 2004, Plaintiff was seen again by Dr. Shah here at the Cummins Unit Correctional Medical Service within the Arkansas Department of Correction about the constant pain he was experiencing in his right ear. Dr. Shah stated to the Plaintiff: "Your ears is very ruined and there is nothing that could be done about it, not even surgery." Dr. Shah then stated that it would do no good to fill out a consultation form to send the Plaintiff to a ear, nose and throat specialist, because they will agree with his diagnosis that their could be nothing done to repair Plaintiffs' eardrums, because it is too late to do anything. Hearing this information from Dr. Shah had made your Plaintiff feel hopeless, useless, and worthless. Two days later after the Plaintiff was seen by Dr. Shah on November 17th, 2004, Plaintiff did file an complaint concerning this matter with Dr. Shah. But to no avail, Grievance No.CU-04-01314 was unsuccessful, see: Exhibit (C) page (3) and (4).

**7.**

On December 8th, 2004, Plaintiff then filed an appeal on the grievance No. CU-04-01314 mentioned above in paragraph (6). Mr. Max Mobley, stated on the appeal; Quote: "After reviewing your grievance and appeal No. CU04-0980, I find that you were seen and treated by Dr. Shah on 7/25/04 for your ear problem. Antibiotic were prescribed and administered, he did not submit a consult for referral to see an ENT physician."

Mr. Max Mobley then went on to say, "since that date you have been seen by the physician and on 12/1/04 he wrote and submitted a consult for you to see an ENT doctor. This consult is pending. When approval is given by Dr. Anderson an appointment will be scheduled. Your grievance CU04-0805 was never received in my office for appeal. This appeal has no merit." End of quote. See: Exhibit (C) page (2).

**8.**

Plaintiff also finds this statement to be false, Plaintiff was not scheduled an appointment on 12/1/04 until after the appeal in the grievance No.CU04-01314 was filed to Mr. Max Mobley's office on December 8th, 2004 by the Plaintiff. Which was then reviewed by Mr. Max Mobley on 1/3/05. Furthermore, Mr. Max Mobley did not review/investigate the allegation that the Plaintiff made on page (3) and (4) in Exhibit (C) of the grievance No. CU04-1314 because Mr. Max Mobley did not respond to the unprofessional medical opinion and/or medical malpractice behavior by Dr. Waseen Shah. See: page (2) of Exhibit (C). The Defendant, Mr. Max Mobley continued to state in his response to the Plaintiffs' appeal (3) three months after the Plaintiff had filed the grievance and appeal No. CU04-980. On August 16th, 2004, that he has not received the Plaintiffs' appeal in the grievance No. CU04-0805. Where in fact, that on the face of the document of Exhibit (A) the document will show an acknowledgement of receiving the appeal on 6/13/04. Please see: Exhibit (A) page (1), see: Exhibit (B) page (2) and Exhibit(C) page (2).

**9.**

The Medical Administrator Mr. Rory Griffin and his staff here at the Cummins Unit, did not follow the (CMS) Correctional Medical Service policies and procedures, while acting in their official capacity, the Infirmary Administrator did respond on the said date of 6/23/04 Stating: "I apologize for the delay in your receiving your medication." See: Exhibit (A) page (5), all (3) three of the grievances in the matter: Exhibit (A), Exhibit (B), and Exhibit (C) had went to Mr. Rory Griffin's office before being forward to the Deputy Director Mr. Max Mobley. But to no avail, the grievance was unsuccessful. Even the defendant Mr. Rory Griffin did not form a barrier separating the Plaintiff from the protections of the constitution. This is clearly a violation of the Plaintiffs' eighth amendment rights.

**10.**

All Defendant(s) herein including the Chief Director for the Correctional Medical Service Mr. John Bias failed and/or refused to enforce their own policies and procedures concerning your Plaintiff life and health, knowing that the Plaintiff is under care of the Correctional Medical Service while being incarcerated within the Arkansas Department of Correction. The Defendant(s) treated your Plaintiff with unfair treatment, negligence, and deliberate indifference as though your plaintiff was contaminated with some kind of disease. This is also an unconstitutional and an illegal performance of medical malpractice by all of the above defendant(s).

**11.**

Wherefore, while acting under color of law and in their official capacity, the Defendant(s) named herein did in a manner that created deliberate indifference to the need of medical attention of the Plaintiff, and by allowing Plaintiff to suffer a whole year and seven months under duress from a mental disorder of experiencing a severe disturbance in his feelings and general state of mind, leaving the Plaintiff with depression of feeling sad, hopeless and worthless, because of the Defendant(s) refusal to act in a timely and professional manner. All Defendant(s) have violated your Plaintiffs' eighth amendment rights under cruel and unusual punishment.

**12.**

While acting in their official capacity did delay plaintiff his medication for (23) twenty-three days, as a result of their neglecting manner did in fact cause Plaintiff to also suffer from a mental illness from schizophrenia, which is a severe mental disorder characterized by psychotic symptoms and are accompanied by a significant decline in the ability to function in many areas, including work, school, and relationships with other people. Plaintiff did suffer with these symptoms from may 26th 2004 until December 5th 2005. " A total of (19) nineteen months." However, before both of Plaintiffs' eardrums were replaced by (U.A.M. S.) Medical Center. Plaintiff sometimes experiences hearing things out of his infected disruptive and/or deteriorated ears, and sometimes Plaintiff experiences hearing nothing at all, due to this, Plaintiff has suffered from being paranoid.

8

These horrible experiences have also caused your plaintiff to have suicide thoughts and trouble concentrating. Because all of the above defendant(s) failed to do the required things to assure your plaintiff the immediate help that the plaintiff needed at the time. Leaving the plaintiff feeling useless, hopeless, and worthless. As of this date, your plaintiff cannot overcome these negative feelings and/or experiences.

Because of these reasons and the mental anguish that the defendants has caused your plaintiff to undergo. Plaintiff is respectfully asking this honorable U.S. District Court to order the following request.

1.   Order the (CMS) Corrections Medical Service to forward all Medical Records to this court that is concerning the plaintiff.
2.   An Evidentiary hearing
3.   Jury Trial pursuant to F.R.C. P. Rule 38 (A) and F.R.C.P. Rule 39
4.   Appointment of Counsel

## Punitive Damages Sought

Plaintiff is requesting $300,000.00 (three Hundred thousand dollars) in punitive damage from the above defendant(s) for pains and suffering, mental anguish under duress which would have shocked the conscience of a normal person's way of living or thinking

⟨9⟩.

STATE OF ARKANSAS    )

                                )SS:

COUNTY OF LINCOLN    )

## AFFIDAVIT IN SUPPORT

I, Conray Carroll, declare under penalty of perjury that all information herein is true and correct to the best of my knowledge and understanding.

_____
Conray Carroll Plaintiff/Affiant

Subscribed and Sworn to before me a Notary Public on this __11___ day of

_____Jan_____, 2006

_____
Notary Public

My Commission Expires: ___2008_____

# ACKNOWLEDGMENT OF GRIEVANCE

TO:         Inmate <u>Carroll, Conray</u>   ADC# <u>110901</u>     Unit <u>Cummins</u>

FROM:     <u>Max J. Mobley, Deputy Director</u>

RE:        Receipt of Grievance  <u>CU04-0805</u>

DATE:     <u>July 21, 2004</u>

Please be advised, the appeal of your grievance dated <u>6/13/04</u> was received in my office on this date <u>7/19/04</u>

You will receive a response from this office by     <u>8/27/04</u>

### OR

☐    This grievance is being returned to you because the time allowed for appeal has expired

☐    This grievance is being returned to you because you have not attached
          ☐ the informal resolution (Attachment 1)
          ☐ the original grievance
          ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
          ☐ the Infirmary Response
          ☐ a clear statement of appeal (Back of Attachment 2)
Return your grievance with the checked items if you wish to continue the appeal process.

Exhibit (A) page (4)

Back of Attachment II

| | | | |
|---|---|---|---|
| Carroll, Conray | 110901 | CU04-0805 |
| **INMATE NAME** | **ADC** | **GRIEVANCE** |

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

You state that you were seen by the physician on May 26, 2004 and medication was ordered but as of June 7th you still had not received it.

Ms. Church has advised that you are correct. Medication was ordered by the physician and the order was sent to the pharmacy the same day. However, it was not received from the pharmacy until June 15, 2004 and not delivered to you until June 18, 2004.

Your appeal had merit but has been resolved; no further action is needed by my office.

_____
**SIGNATURE**

_8 - 11 - 04_
**DATE**

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.



RECEIVED
CU-04-0805
JUN 1[?] 2004

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER _Cummins - Arkansas Dept of Correction_

PLEASE PRINT
Name _Conray Carroll_          ADC# _110901_   Brks _5B_   Job Assignment _Pal Program_

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___   If yes, why? _I'am suffering from physical pains,_
_and a ear effection that could lead to a hearing loss."_

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_On May 26th 2004, I was seen by Dr. Scott Boone, about the corpal tunnels in my_
_left hand, ear effection and chest pains. Dr. Boone then prescribe me some_
_medication for these medical problems on the above date. that I was seen_
_by him. As of this date, I have not received the prescribtion medication. My_
_further concerned in this matter, If I'am being deny the right to adequately_
_medical treatment, then I need to know why. So that I may pursue this matter_
_further outside of the medical service of (CMS) "To have an inmate to_
_suffer from physical pains that leads to mentally stress is a cruel and unusual_
_punishment that falls under the violation (s) of the eighth amendment to the_
_U.S. Constitutional laws". This is not the first time that I have had these_
_problems of getting my medication within a reasonable time frame._

_Conray Carroll - CC... file mark copies_ _____   _June, 9th / 2004_
Inmate Signature                                            Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

_Sgt R. Ashley_ _____        _Scott Ashley_
PRINT STAFF NAME (PROBLEM SOLVER)        Staff Code        Staff Signature / Date Received

Was this deemed an emergency?   Yes _L_ No ___

Was there a need to contact medical? Yes _✓_ No ___   If yes, give name of person contacted? _Dee MacQueen_

Describe action taken to resolve complaint, including dates _On calling the doctor_
_Dr Scott B on 5/26/04 P.m, Famus, Nisarem_
_metamucil, tegreßon literation doing, Escabe S/Mj_
_Keflex and ear nurse Bailey._

Was issue resolved? Yes _✓_ No ____        Does inmate agree that issue was resolved? Yes ____ No _✓_

_Sgt R. Ashley_   _6/09/04_        _Conray Carroll_
Staff Signature/Date                            Inmate Signature/Date

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION)   PINK** – Problem Solver Copy        **BLUE** – Grievance Officer
                **ORIGINAL** – Given back to the Inmate After Completion

P 3

## GRIEVANCE FORM - (Attachment 1A)

**UNIT/CENTER** Cummins Unit

FOR OFFICE USE ONLY

Grv. # CU-04-0805  RECEIVED

Date Received _____ JUN 1 4 2004

Grievance Code: ___

CUMMINS UNIT
GRIEVANCE OFFICE

**PLEASE PRINT**
Name Convay Carroll    ADC# 110901    Brks 5B    Job Assignment PAL Program

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?  Yes ✓   No _____

*************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM MUST BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes ✓ No __ If yes, give date 6/9/04

Why do you feel the informal resolution was unsuccessful? Sgt Ashley did not do a complete and proper investigation in this matter. The only person Sgt Ashley spoke to was a nurse, whom stated to Sgt Ashley what kind of medication the Doctor prescribe for me and that in order for me to receive these medicine, I must see Nurse Bailey.

*************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

I have been having problems about my medication once before by the Correctional medical service here at the Cummins Unit (ADOC) SEE - Grievance # CU04-0728. On June 8th 2004 I had receive the infirmary administrative response to this grievance number. The CMS Grievance Response was dated May 30, 2004 a total of 9 nine days after it was dated before the infirmary forward their response to me. And I still have not receive any medication from the unit infirmary that was order for me by DR. Boone on November 26th 2004... I am asking that internal affairs and the America Civil liberty union to investigated the staff and the infirmary administrator to find out these question. (1) who is responsible to assure that all inmate medication is order. (2) who is responsible to assure that the inmates receive their medication? Do the infirmary have any record where the inmate signed for the medicine, without inmate signature? SEE page (2) + ● attach

IS THIS AN EMERGENCY SITUATION? YES ✓ NO __ If yes, why? Conway Carroll I could lose the hearing in my left ear, I could become disable in my left hand

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Conway Carroll

**INMATE SIGNATURE** CC...file mark copies     DATE 6/13/04

(TO BE FILLED OUT BY THE RECEIVING OFFICER) INVESTIGATOR

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) JUL 19 2004    Signature _____

FROM WHICH INMATE ARK DEPT. OF CORRECTION PROG. _____ ADC# _____

DATE: _____  TIME: _____

# CMS GRIEVANCE RESPONSE

| Grievance #CU04-0805 |
|---|

| Inmate: Carroll, C | | ADC#:110901 | DOB: |
|---|---|---|---|
| Facility: CUMMINS | | Barracks: 5 | |
| Grv. Date: 6/9/04 | Date Infirmary Recd:6/17/04 | | Response Date:6/23/04 |

| Interview: n/a | Deferred: |
|---|---|

**Inmate's Complaints: (Code:608)** states that he needs his medication.

**Response:** In review of your medical jacket, you were seen by the MD on 5/26/04. At that time, you were prescribed Tagament, Tums, Naproxen, Metamucil, Colace, Lovastatin, Aspirin, and Keflex. The order was taken off on 5/26/04, however, the pharmacy did not send your medications until 6/15/04. According to your medication administration record, you signed for and received your medication on 6/18/04. I apologize for the delay in you receiving your medication.

**Recommendations:** None.

**Responding Staff:** C. Church-Grievance Officer          **Date:** 6/23/04

Original - ADC Grievance Officer
Copy - Inmate
Copy - File          **Follow Up Required? No x Yes ☐ Date**

↑.5

cc... file more copies



# CMS GRIEVANCE RESPONSE

| Grievance #CU04-0728 |
|---|

| Inmate: Carroll, C | ADC#:110901 | DOB: |
|---|---|---|
| Facility: CUMMINS | Barracks: 10 | |
| Grv. Date: 5/10/04 | Date Infirmary Recd: 5/20/04 | Response Date:5/30/04 |

| Interview: n/a | Deferred: |
|---|---|

| Inmate's Complaints: (Code:619) states that he needs to see the MD. |
|---|
| Response: In review of your medical jacket, you were seen by the MD on 5/26/04.  At that time, you were prescribed Tagament, Tums, Naproxen, Metamucil, Colace, Lovastatin, Aspirin, and Keflex.  Also, you were placed on a Cardiovascular Diet. |
| Recommendations: None. |

| Responding Staff: C. Church, Grievance Officer | Date:  5/30/04 |
|---|---|

Original - ADC Grievance Officer
Copy - Inmate
Copy - File                                    Follow Up Required? No x Yes ☐ Date ___

P.B

cc... file more copies



INMATE NAME: Carroll, Conray     . ADC #: 110901A     GRIEVANCE #: CU-04-00805

## WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is of a medical nature. I have therefore forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty (20) working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional programs. If you have medical needs that you believe are urgent put in a Sick Call Request, or sent a Request for Interview to the Medical Administrator.
If you do not agree with response, you may appeal my decision to the appropriate Assistant Director within five (5) working days.

_____     _____     _6-14-04_
Signature of ARO or Warden's/Supervisor's     Title          Date
Designee

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? It is Inexcusable for the (CMS) Correctional medical service Infirmary Administrator here at the Cummins Unit - Arkansas Dept. of Correction to overlook the facts and allegation of the above inmate Grievance/Complaint in the grievance number #Cu04-0728. In response to this grievance #Cu04-0728. The (CMS) Infirmary Administrator Mr. Griffin Response to the Complaint without investigating the fact to see (has or has not) I and received the medication before forwarding the above inmate his response of an Incomplete Investigation. (See page (2) + (3) attach... This is a signed of Mr. Griffin being Incompetent to perform his duty as a Infirmary Administrator. I did not receive my medication until after I filed Another Complaint in the above Grievance #CU-04-00805 on 6-13-2004 Complaining about my medication. Therefore, I had to Suffer in pained without medication from 5-26-04 until 6-18-04 which is an total of 23 days in excruciating pained. To allowed an inmate to suffer from physical pained that lead to mentally stress is a cruel and unusual punishment that violated my Eighth and fourteenth amend. Because of these Reasons I am requesting for #5,000.00 five thousand dollars in damage from Mr. Griffin, whom is the (CMS) Infirmary Administrator at the Cummins Unit Arkansas Dept. of Correction. If my Request for Damage is deny, please specify why so that I may pursue this matter further.

_Conray Carroll_     _110901_     _7-1-04_
Inmate Signature     ADC#          Date

OFFICE OF THE INVESTIGATOR

JUL 19 2004

HEALTH & CORR
AR DEPT. OF CORRECTION

# ACKNOWLEDGMENT OF GRIEVANCE

TO:          Inmate <u>Conray, Carroll</u>   ADC# <u>110901</u>      Unit <u>Cummins</u>

FROM:     <u>Max J. Mobley, Deputy Director</u>

RE:          Receipt of Grievance  <u>CU04-0980</u>

DATE:     <u>August 24, 2004</u>

Please be advised, the appeal of your grievance dated <u>7/28/04</u>
                was received in my office on this date <u>8/23/04</u>

You will receive a response from this office by          <u>10/04/04</u>

## OR

☐   This grievance is being returned to you because the time allowed for appeal has expired

☐   This grievance is being returned to you because you have not attached
         ☐ the informal resolution (Attachment 1)
         ☐ the original grievance
         ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
         ☐ the Infirmary Response
         ☐ a clear statement of appeal (Back of Attachment 2)
Return your grievance with the checked items if you wish to continue the appeal process.

Exhibit (8) page (4)

Conray, Carroll          110901          CU04-0980

INMATE NAME_____ADC_____ GRIEVANCE_____

## DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your appeal states, "I did not have an interview with the grievance officer on 8/3/04 therefore an investigation was not ever conducted in this matter. Which make the grievance officer statement that I had an interview him/her to be false and that (these documents) has been falsified. However, I did speak to a nurse on 8/3/04 and I did state that I have received the medicine for my ear. I further stated to the nurse I still needed to see a medical expert about my disruptive right eardrum. As you can see from the CSM Grievance Response dated 8/9/04. The Grievance officer failed to response to the supplication of my concern about seeing an medical expert as well. Therefore, I'm still being denied adequately medical for my ears."

According to the medical staff's response and the information provided in your electronic medical record I find that you were called to see Ms. Church on 8/3/04 for an interview of this grievance. At that time you advised her that you have already received the medications prescribed by the unit physician. The unit physician must make all recommendations for off site consults. There has not been one generated for you to be seen by an Ear, Nose and Throat physician. If you are continuing to have problems with your ears then return to sick call for further assistance.

Your appeal to CU04-0805 has not been received in this office.

This appeal has no merit.

_____          _____9-10-0?_____
SIGNATURE                              DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

(2).

**CU-04-0980**

RECEIVED

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _Cummins – Arkansas Dept. of Correction_          JUL 2 8 2004

PLEASE PRINT
Name _Conray Carroll_____ ADC# _110901_ Brks _28_ Job Assignment _inside lawn_

CUMMINS UNIT

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _I could lose hearing in both of my ear drums because of the infections and the hole in right ear drum._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_On July 3rd 2004 I was seen by Dr. Shah here at the Cummins unit infirmary (ADOC) Arkansas Dept. of Correction. Upon doing an physical examination on my health, Dr. Shah has discover that I have a disruptive ear drum and that I still have an infection in my left ear. Dr. Shah then stated that he was going to place me on antibiotic. I also ask Dr. Shah could he help me get surgery on my right ear. Dr. Shah stated that it is too late to do anything because of the damage in my ear. On June 9th 2004, I did file an grievance about the infection in my ears, and about not receiving my medication until 23 days later after I seen the Doctor on May 26th 2004. See grievance # CU-04-00805. Because of not receiving medicine on time, my ear drums are disrupting. I could lose hearing in both of my ears. I need to be transfer to an medical expert outside of Cummins unit immediately so that my ear drums can be repaired!_

_Conray Carroll_                                   _July 27 2004_
Inmate Signature                                         Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

STAFF RECEIPT AND ACTION TAKEN                                    7/27/04

_Lt. J L Taylor_          _601_          _Lt. J L Taylor_
PRINT STAFF NAME (PROBLEM SOLVER)    Staff Code    Staff Signature / Date Received

Was this deemed an emergency?  Yes _____  No _X_
Was there a need to contact medical? Yes _X_ No _____ If yes, give name of person contacted? _Nurse Bailey_
Describe action taken to resolve complaint, including dates _I, Lt. J L Taylor, contacted Infirmary Staff, Nurse Bailey @ 4pm regarding inmate's complaint. Stated she would look into the matter._  _7/27/04_

Was issue resolved? Yes _____ No _X_  Does inmate agree that issue was resolved? Yes

RECEIVED OF THE
OFFICE OF THE
INVESTIGATOR

_Lt. J L Taylor_   _7/27/04_          _Conray Carroll_
Staff Signature/Date                      Inmate Signature/Date

AUG 23 2004

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION) PINK** – Problem Solver Copy    **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion

(3)

810-00

RECEIVED

## GRIEVANCE FORM - (Attachment 1A)

UNIT/CENTER _Cummins - Ark. Dept. of Correction_

FOR OFFICE USE ONLY JUL 2 8 2004

Grv. # CU-04-0918

Date Received GRIEVANCE OFF.

Grievance Code: _____

PLEASE PRINT
Name _Conray Carroll_ ADC# _110901_ Brks _78_ Job Assignment _Inside Lawn_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _X_   No _____

**************************************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM MUST BE ATTACHED

#### Informal Action Taken

Have you discussed this problem with your designated problem-solver? Yes _X_ No __ If yes, give date _7/27/04_

Why do you feel the informal resolution was unsuccessful? _I did not RECEIVE any antibotic, pills or ear drops, nor was I informed that an appointment has been schedule for me to see an medical expert on the outside of Cummins Unit._

**************************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review. _On July 21st 2004 I was seen by Dr. Shah here at Cummins unit. Dr. Shah, had informed me that I have a disruptive right ear drum. On May 26, 2004, Dr. Bonne had order me some antibiotic pills and ear drops for (10 days). I did not receive medication until June 18, 2004, I had to suffer for 23 days until I receive my medication. If Mr. Griffin would have enforce the (CMS) policies and procedures, not making me waited for 23 days before I receive the medicine for the infection. "Their would not have been a disruption in my ear drum". On June 13, 2004, I did file an grievance about the infection in my ears (see grievance # CU-04-00805) "Which is now on appeal." The Infirmary administrator (Mr. Griffin) is not enforcing the policies and procedures toward ensuring adequately medical treatment for inmates in his custody, many inmates has died here at the Cummins unit, and many inmates has suffer physically from an organism failure because of the delay of his or hereby the correctional medical service, Cummins unit infirmary administrator and his staff. Such disabilities must be removed! AND I'am requesting that because of these reason(s) the request for relief In the appeal # CU-04-00805 be granted._

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _I'am suffering from mental anguish, fearing that I could lose my sense of hearing out of my ears._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Conray Carroll_, AOC # _110901_                    _7/28/04_

**INMATE SIGNATURE**                                   **DATE**

RECEIVED
OFFICE OF THE
INVESTIGATOR

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

AUG 23 2004

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____ TIME: _____

# CMS GRIEVANCE RESPONSE

| Grievance #CU04-0980 |
|---|

| Inmate: Carroll, C | | ADC#:110901 | DOB: |
|---|---|---|---|
| Facility: CUMMINS | | Barracks: 7 | |
| Grv. Date: 7/28/04 | Date Infirmary Recd:8/2/04 | | Response Date:8/9/04 |

| Interview: 8/3/04 | Deferred: ' |
|---|---|

| Inmate's Complaints: (Code:608) states that he needs his medication. |
|---|
| Response: When I called you for the interview on 8/3/04, you stated that you had received your medication for your ear. |
| Recommendations: None. |

Responding Staff: C. Church-Grievance Officer          Date: 8/9/04

Original - ADC Grievance Officer
Copy - Inmate
Copy - File          **Follow Up Required? No x Yes ☐ Date**

(5).

RECEIVED
OFFICE OF THE
INVESTIGATOR

AUG 23 2004

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

INMATE NAME: <u>Carroll, Conray</u>     ADC #: <u>110901A</u>     GRIEVANCE #: <u>CU-04-00980</u>

### WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is of a medical nature. I have therefore forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty (20) working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional programs. If you have medical needs that you believe are urgent put in a Sick Call Request, or sent a Request for Interview to the Medical Administrator.
If you do not agree with response, you may appeal my decision to the appropriate Assistant Director within five (5) working days.

_____          _____          7-29-04
Signature of ARO or Warden's/Supervisor's      Title          Date
            Designee

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? I did Not have an Interview with the grievance officer on 8/3/04 therefore, an Investigation was not ever Conducted In this matter, which makes the Grievance officer statement that I had an Interview him/her to be false, and that these documents) has been falsified. However, I did speak to a nurse on 8/3/04 and I did stated that I have recieved the medicine for my ear. I furthre stated to the nurse I still needed to see a medical expert about my disruptive right eardrum. As you can see from the EMS Grievance Response dated 8/9/04. The Grievance officer failed to respond to the supplication of my Concerned about seeing an medical expert as well, Therefore, I'am still being denied adequately medical for my ears.

Conray Carroll                    110901                8/16/04
   Inmate Signature                 ADC#                   Date

(b).

RECEIVED
OFFICE OF THE
INVESTIGATOR

AUG 2 5 2004

HEALTH & CORR.....
AR DEPT. OF CORREC....

Attachment IV

# ACKNOWLEDGMENT OF GRIEVANCE

TO:      Inmate <u>Conray, Carroll</u>   ADC# <u>110901</u>      Unit<u>Cummins</u>

FROM:    <u>Max J. Mobley, Deputy Director</u>

RE:      Receipt of Grievance  <u>CU04-1314</u>

DATE:    <u>December 16, 2004</u>

Please be advised, the appeal of your grievance dated <u>11/22/04</u>
              was received in my office on this date <u>12/15/04</u>

You will receive a response from this office by        <u>1/24/05</u>

### OR

☐   This grievance is being returned to you because the time allowed for appeal has expired

☐   This grievance is being returned to you because you have not attached
        ☐ the informal resolution (Attachment 1)
        ☐ the original grievance
        ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
        ☐ the Infirmary Response
        ☐ a clear statement of appeal (Back of Attachment 2)
Return your grievance with the checked items if you wish to continue the appeal process.

*Exhibit (c) page 1*

Back of Attachment II

INMATE NAME **Conray, Carroll** ADC **110901** GRIEVANCE **CU04-1314**

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

"I have been trying to see a specialist since May 26, 2004 and now I have to wait until Dr. Anderson approves my consultation request before an appointment will be made. Which will be about 90 days after the request is approval accordingly to Nurse Baily statement on the Informal Resolution Form attached—Dr. Scott Boone, Dr. Waseem Shah, Dr. James Swingle and has all witness that I have a problem with my ears that has cause my eardrum to deteriorated with result in a permanent functional impairment. I did file grievance concerning my ears on 6/13/04 and on 7/28/04m see grievance and appeal number CU04-0805 and CU04-0980. Therefore, all witness herein has violated (Title 42 U.S.C.A. 1986) for knowledge of the health care requirement for inmates and neglect to stop or correct the injury in my ears by getting proper medical treatment in a timely manner, and violated (Title 18 U.S. C. 241) conspiracy against rights---together in their silence, while witnessing each other in turn watching my ears deteriorated beyond repair. This is violation of my 8th amendments. (Title 4 U. S. C. 1) America flag of peace of the Unites States of America-----."

After reviewing your grievance and appeal CU04-0980, I find that you were seen and treated by Dr. Shah on 7/25/04 for your ear problem. Antibiotics were prescribed and administered. He did not submit a consult for referral to see an ENT physician.

Since that date you have been seen by the physician and on 12/1/04 he wrote and submitted a consult for you to see an ENT doctor. This consult is pending. When approval is given by Dr. Anderson an appointment will be scheduled.

Your grievance CU04-0805 was never received in my office for appeal.

This appeal has no merit.

_____        _____
SIGNATURE                                              DATE   1-3-05

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

(J).

CU-040314

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _Cummins_

PLEASE PRINT
Name _Conray Carroll_ ADC# _110901_ Brks _7A_ Job Assignment _Inside Lawn_

IS THIS AN EMERGENCY SITUATION? YES _X_ NO ___ If yes, why? _I have already lost some of the hearing in my right eardrum. If I do not see a medical expert about this problem I could lose all._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_On november 17, 2004, I was seen by Dr. Wishah here at the Cummins unit correctional medical service within the Ark. Dept. of Correction about the constantly pained that I am having in my right ear. I was also seen about this problem on 10-13-04 by Dr. Swingle and on 11-2-04 by nurse Ms. Dair. Although, no one has schedule me for appointment to see a nose, eyes and ear specialty. Dr. Shah stated that my ear drum is very ruining and that their was nothing could be done about it, not even surgery. Dr. Shah then stated that it would do no good to fill out a consultation form to send me to a eyes, noses and ear specialty. Because they will agree with his diagnosis that their could be nothing done to repair my eardrum because it is too late to do anything. Hearing this information from Dr. Shah have made me feel hopeless, worthless and useless, because their is no solution in helping me to save my hearing and to cope with my constantly pain in my ears. "I would like to see, eyes, nose and ear specialty"_

_Conray Carroll_
Inmate Signature

_11-19-04_
Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

### STAFF RECEIPT AND ACTION TAKEN

_Sgt R Boyd_ _Sgt R Boyd 11-19-04_

**PRINT** STAFF NAME (PROBLEM SOLVER)          Staff Code          Staff Signature / Date Received

Was this deemed an emergency?   Yes _____   No _✓_

Was there a need to contact medical? Yes _____ No _✓_ If yes, give name of person contacted? _Mrs Bailey_

Describe action taken to resolve complaint, including dates. _Staff on 11-19-04 At 5:26pm she would leave Dr. Shah a note to be seeing + refer. She stated it may take up to three month to see a specialist. This was on 11-19-04 - At 5:26pm._

Was issue resolved? Yes _✓_ No _____   Does inmate agree that issue was resolved? Yes _____ No _✓_

_Sgt R. Boyd 11-19-04_
Staff Signature/Date

(3).

_Conray Carroll_
Inmate Signature/Date

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION)   PINK** – Problem Solver Copy   **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

FOR OFFICE USE ONLY

Grv. # CU-04-01514

Date Received NOV 2 2 2004

Grievance Code: 6

CUMMINS UNIT
GRIEVANCE OFFICE

UNIT/CENTER Cummins

PLEASE PRINT
Name Conray Carroll        ADC# 110901 Brks 7A Job Assignment Inside Lawn

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?    Yes  X   No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes X No ___ If yes, give date _11-19-04_

Why do you feel the informal resolution was unsuccessful? Because the problem-solver "did not" speak to the Infirmary administrator about this matter Nor did the problem-solver speak to the doctor who refusal to recommend me to an eyes, nose and ear medical expert. Furthermore, Nurse Mrs. Bailey cannot overrides the doctors orders, therefore her note to the doctor will be in vained.

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

Dr. Wabash knew that I have been having problems with my ear since May 26th 2004, because he had personally examine my ears on July 31, 2004 and discover that my right ear drum was in poorly condition. Dr. Swingle who also aware of my ear problems including my complaint about my constantly pains in my right ear. Yet no one took the time out to schedule me an appointment to see a outside medical expert to help me cope with my daily pains and to save my ears from going deaf. This is clearly a sign of negligent by the Cummins unit (CMS) infirmary, "habitually failing to do the required thing. The state legislature has indicated that medical care for inmates." The DOC + the DOCP shall establish and shall prescribe standards for health, medical, mental health and dental services for each institution, including outpatient and inpatient services of preventive, diagnostic, and therapeutic measures for all type of patients. I have been deny these rights that was order by the state legislature.

IS THIS AN EMERGENCY SITUATION?  YES X NO ___  If yes, why? I am in constantly pained in my right ear. These pains is causing me to suffer from worry, grief and disappointment, ETC.

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Conray Carroll                                    11/22/04
**INMATE SIGNATURE**                                    **DATE**

---

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____ TIME: _____

# CMS GRIEVANCE RESPONSE

| Grievance #Cu04-1314 |
|---|

| Inmate: Carroll, Conray | ADC#: 110901 | DOB: |
|---|---|---|

| Facility: CUMMINS | Barracks: 7A |
|---|---|

| Grv. Date: 11/22/04 | Date Infirmary Recd: 11/23/04 | Response Date: 12/6/04 |
|---|---|---|

| Interview: N/A | Deferred: |
|---|---|

| Inmate's Complaints: Code: 619: Complains of not being scheduled to see ENT specialist. |
|---|
| Response:  In review of your medical jacket, there wasn't an order written to consult an ENT specialist until 12/1/04.  As of this date, your consultation request for an ENT is being processed.  As soon as Dr. Anderson approves this and sends it back to the infirmary, an appointment will be made for you on the first available date. |
| Recommendations: As mentioned above. |

| Responding Staff:  T. Kennedy, RN/Grievance Officer | Date:   12/6/04 |
|---|---|
| Original - ADC Grievance Officer<br>Copy - Inmate<br>Copy - File | Follow Up Required? No x Yes ☐ Date _____ |

(5),

INMATE NAME: Carroll, Conray     ADC #: 110901A     GRIEVANCE #: CU-04-01314

## WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is of a medical nature. I have therefore forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty (20) working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional programs. If you have medical needs that you believe are urgent put in a Sick Call Request, or sent a Request for Interview to the Medical Administrator.
If you do not agree with response, you may appeal my decision to the appropriate Assistant Director within five (5) working days.

Signature of ARO or Warden's/Supervisor's Designee

Title

Date __11-22-04__

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? _I have been trying to see a specialist since May 26, 2004 and now I have to wait until Dr. Anderson approve my consultation request before all appointment will be made, which will be about 90 days after the request is approval accordingly to Nurse Baily statement on the Informal Resolution form attach. JR. Scott Rodde, LR. Unseen Shah, LR. Jones Shingles and ___ has all witness that I have a problem with my EARS that has cause my eardrum to deteriorated which result in a permanent functional impairment. I did file grievance concerning my EARS on 6-13-04 and on 7-28-04, SEE grievance and appeal number CU04-0805 and CU04-0980. Therefore, all witness here in has violated (Title 42 U.S.C.A 1986) for knowledge of the Health Care requirement for the inmates and neglect to stop or correct the injury in my EARS by getting proper medical treatment in a timely manner, and violated (Title 18 U.S.C. 241) conspiracy against Rights ... Together in their silence, while witnessing each other in turn watching my EARS deteriorated beyond repair. This is a violation of my 8th amendments._

Inmate Signature __Conray Carroll__     ADC# __110901__     Date __12-8-04__

(Title 4 U.S.C.1) America flag of peace of the united states of America...

(6).

*Note : I also had surgery on my right ear on August 23, 2005*



# Medical Device Tracking Notification Form

Due to Federal Food and Drug Administration (FDA) guidelines, certain implantable medical devices must be tracked once they are implanted in a patient. The FDA requires that the facility that is implanting the device release certain patient information such as your surgery date, demographic information and physician information, to the manufacturer of such devices. The manufacturer then reports the data to the FDA.

**UAMS is not required to obtain your signed authorization before releasing the information to the manufacturer or FDA.**

The procedure you are having done today may involve one or more of these devices.

1)   I authorize UAMS Medical Center to share information regarding

_____
(Print patient name)

with Any Manufacturer as Required or their agent(s) for the purpose of complying with FDA reporting requirements.

2)   This Authorization expires when the UAMS reporting obligations expire.

3)   I understand that I may revoke this Authorization at any time by giving written notice to UAMS. A revocation of this Authorization will not apply to information already released in reliance upon the Authorization. A photocopy or faxed copy of this signed Authorization shall constitute a valid authorization.   ·

4)   Release of Liability - UAMS, including UAMS employees and attending physicians, are hereby released from legal responsibility or liability for the access provided and the release of the above information to the extent indicated and authorized herein.

5)   I understand that once the above information is disclosed, it may be re-disclosed by the designated recipient, and the information may no longer be protected by privacy laws and regulations.

6)   UAMS will not condition treatment, payment, enrollment or eligibility for benefits on your signing of this Authorization.

Signature of Patient or Legal
Representative  _C. Carroll_____   Date _12-05-05_____

**If Legal Representative** has signed on behalf of Patient, state the authority of Legal Representative to do so:

_____

(Such as parent of a minor, court-appointed guardian, attorney-in-fact appointed in a Power of Attorney)



**Provide copy of authorization to the patient.**   *Exhibit (d).*

Med Rec 2349 (03/04)
HIPAA

**0018 61 90 5 5322**

CARROLL, CONRAY          A    O
P O BOX 500 HWY 388 65         O    O
GRADY              AR    716444000
3/10/1961    M    B    (870) 850-8883
BANNER, CHRISTOPHER          004585
AGNCY&GRANT    12/05/05    OPS




0018619055322

OPS  12/05/05



UAMS
MEDICAL
CENTER
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

### Admission / Consent Agreement

Patient Status:  [ ] Inpatient      [ ] Outpatient      [ ] Emergency

**1. Consent for Medical Treatment**   I now voluntarily consent to inpatient and/or outpatient care and treatment by my physician and all other health care providers at University Hospital of Arkansas. I also consent to routine hospital services, diagnostic procedures, medical treatment, and other services and hospital care as is deemed necessary by the health care providers treating me. Except in emergency situations, it is the physician(s) responsiblity to adequately inform me or my representative concerning a proposed treatment and to obtain my or my representative's consent before proceeding. The hospital may obtain signature for the consent form. I understand that the practice of medicine and surgery is not an exact science and there is no guarantee that any particular treatment will be successful. I understand that I have the right to consent or refuse to consent to any proposed surgery, procedure or treatment, and to discuss it with my physician or other health care provider. This voluntary consent given here includes testing for human immunodeficiency virus, hepatitis, or any other blood-born infectious disease, as well as for all other communicable and/or infectious diseases if and when an employee has a potential exposure from me. This consent also includes consent for photographic documentation.

I understand that University Hospital of Arkansas is a teaching hospital, and I hereby recognize and authorize medical students, residents and others in a training program to be involved in my care and treatment under the supervision of a qualified professional, and to observe for educational purposes.

**2. Hospital Provides General Duty Nursing Care:** University Hospital of Arkansas provides only routine general duty nursing care unless additional care is ordered by the physician or if the patient is in the special care units. Under this system, nurses are called to the bedside of a patient by a signal system. If the patient, the patient's legal representative, or family desires continuous or special duty nursing care, it is agreed that the patient, his legal representative, or his family must arrange this. University Hospital of Arkansas shall in no way be responsible for failure to provide this care, and is hereby released from any and all liability arising from the fact that the patient is not provided with such additional care.

**3. Payment Agreement:**   The undersigned agrees whether he signs as patient, patient's agent, attorney in fact, guardian, guarantor, committee or responsible party, the patient assumes full responsibility and individually obligates himself, for the payment of the hospital and MCPG account in accordance with the regular rates and terms. Any amounts not paid in full by insurance, for any reason, is the responsibility of the guarantor and/or patient. Each bill shall be due and payable on the date stated on the bill. After reasonable notice, accounts not paid may be turned over to a collection agency and/or attorney for collection. The patient or responsible party agrees to pay the costs of collection, including court costs, and reasonable attorney fees associated with the hospital and MCPG's collection.

**4. Hospital is Not Responsible for Stolen, Damaged or Loss of Personal Valuables: It is in your best interest not to bring personal property into the hospital.**   In the event you arrive with personal property, you should immediately give such items to family members or close personal friends for safekeeping. If this is not possible, University Hospital of Arkansas has a safe for small-sized valuables such as money and jewelry. It is the patient's responsibility to request the use of the safe. Personal property includes, but is not limited to: money, jewelry, glasses, bridges, dentures, watches, rings, documents, furs, computers, pagers, cellular phones, purses or wallets.

**5. Release of Information Authorization:**   I or the insured agrees that the insurance carrier may release any eligibility and utilization data concerning the patient's insurance coverage to the hospital and/or MCPG that is required. I authorize University Hospital of Arkansas and/or MCPG to disclose all or any part of the patient's medical record, including psychiatric records, to any person, corporation or agency which is or may be liable for all or part of the hospital's and/or MCPG's charge or who may be responsible for determining the necessity, appropriateness, amount or other matter related to the hospital's and/or MCPG's treatment or charge. This includes, but is not limited to, hospital or medical services companies, insurance companies, health maintenance organizations, preferred provider organizations, worker's compensation carriers, welfare funds, Social Security Administration or its intermediaries or carriers. This authorization includes the release of Acquired Immunodeficiency Syndrome (AIDS) diagnosis, HIV antibody test result, alcohol and/or drug abuse information, genetic testing, congenital disorders, and/or mental health information. I understand this authorization for release of information may be revoked by me in writing at any time except to the extent that the hospital or MCPG has already acted in reliance on it.

**UNIVERSITY HOSPITAL of ARKANSAS**

**0018 61 90 5 5322**

CARROLL, CONRAY                    A      O
P O BOX 500 HWY 388 65            O      O
GRADY                 AR          716444000
3/10/1961    M    B    (870) 850-8883
DANNER, CHRISTOPHER               004585
AGNCY&GRANT           12/05/05    OPS



0018619055322                              OPS  12/05/05



UAMS
MEDICAL
CENTER
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

## Admission / Consent Agreement

**6. Preauthorization Requirements:** It is the responsibility of the patient or insured to comply with all preauthorization requirements of any insurance or medical/hospital coverage plan that is relied on for coverage.

**7. Assignment of Benefits:** I hereby authorize payment directly to University Hospital of Arkansas and/or MCPG, Little Rock, Arkansas, of the hospital benefits herein specified by the payors on file for my account, not to exceed the hospital's regular charges for the period of hospitalization. I understand that I am financially responsible to the hospital and/or MCPG for all charges not covered by this authorization. In the case of outpatient services, the PATIENT agrees that this document shall remain in full force and effect until specifically revoked in writing.

**8. Authorized Dismissal:** The PATIENT or his authorized agent agrees to the prompt dismissal of the patient by the designated checkout time, following the physician's order for discharge. In the event the PATIENT should leave University Hospital of Arkansas or be discharged against the medical advice or without the consent of the physician, I release the physician, other health care providers, University Hospital of Arkansas and MCPG, its employees, agents and assigns from any and all responsibility from any ill effects, sickness, disability, infirmity, damages, death and claims that may result from such discharge.

I have received information about my rights while I am a Medicare hospital patient. If you think you are being asked to leave the hospital too soon, you have the right to ask for a review by a Peer Review Organization. You must have a Notice of Noncoverage if you wish to exercise your right to request a review by the PRO. You may request this Notice from a SOCIAL WORKER or CASE MANAGER. If you do not request a review, the hospital may bill you for all the costs of your stay beginning with the third day after you receive the Notice of Noncoverage. The hospital, however, cannot charge you for care unless it provides you with a Notice of Noncoverage.

**9. Living Will:** In accordance with the Arkansas Rights of the Terminally Ill or Permanently Unconscious Act (Ark. Code Ann. Section 20-17-201 through 218, Supp. 1989), I acknowledge receipt of information regarding the living will and health care power of attorney.

**10. Medicare Patient Certification:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I request payment of authorized Medicare benefits to me or on my behalf for any services furnished to me by or in University Hospital of Arkansas and/or MCPG including physician services. I authorize any holder of medical and other information about me to release to Medicare and its agents any information needed to determine these benefits for related services. I UNDERSTAND THAT I AM RESPONSIBLE FOR ANY HEALTH INSURANCE DEDUCTIBLES AND CO-INSURANCE. I also understand that there are certain items and services for which Medicare or Champus/ChampVA does not pay. If I am assigned a private room at my request, I understand that I will be responsible for the difference in the cost of the private room and the cost of a semi-private room.

I further understand that if I incur any non-covered charges, I agree to personally be responsible for payment. The following are some of the items and/or services that are not covered by Medicare or Champus/ChampVA: take-home prescriptions, lounge chairs, individual diabetic instruction, outpatient diet planning & follow-up, low back therapy and evaluation, density bone scan, experimental hyperbaric oxygen, treatment for diagnosis of Multiple Myeloma, extra meal charges, late discharge fee, diabetes education program, calorie and nutrient counts, initial outpatient clinic consultation, patient convenience items.

**10. Pronouns:** It is understood that, with reference to all personal pronouns in the Agreement, the masculine includes reference to the feminine and the singular includes reference to the plural, where appropriate.

UNIVERSITY HOSPITAL of ARKANSAS